ACCEPTED
15-24-00089-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/17/2024 4:31 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00089-CV

IN THE COURT OF APPEALS
FOR THE FIFTEENTH JUDICIAL DISTRICT
AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/17/2024 4:31:55 PM
CHRISTOPHER A. PRINE
Clerk

_____

*TEXAS DEPARTMENT OF PUBLIC SAFETY,*
Defendant-Appellant,
v.
*LEROY TORRES,*
Plaintiff-Appellee.

_____

On Appeal from the County Court at Law Number One
Nueces County, Texas
Trial Court Cause No. 2017-CCV-61016-1

_____

**APPELLANT TEXAS DEPARTMENT OF PUBLIC SAFETY'S
MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S REPLY BRIEF**

_____

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant
Attorney General

**JAMES LLOYD**
Deputy Attorney General for
Defense Litigation

**KIMBERLY GDULA**
Chief, Law Enforcement Defense

**JASON T. CONTRERAS***
Assistant Attorney General
Texas Bar No. 24032093
Office of the Attorney General
General Litigation Division
Post Office Box 12548
Austin, Texas 78711-2548
(512) 463-2120 / (512) 320-0667
jason.contreras@oag.texas.gov

*Counsel of Record

**TO THE HONORABLE FIFTEENTH COURT OF APPEALS:**

Pursuant to the Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellant, the Texas Department of Public Safety, respectfully moves to extend time to file its reply brief to January 24, 2025. Counsel for Appellee has indicated that he is not opposed to this request.

Appellant's Brief is currently due on January 6, 2025. Appellant's counsel will be out of the country during the holidays and will not return until January 7, 2025. As a result, there is insufficient time to review Appellee's Brief and draft, revise, and finalize the Brief by the current deadline.

## CONCLUSION

Accordingly, Appellant respectfully requests that the Court grant this motion thereby extending the deadline to file its reply Brief to January 24, 2025.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil
Litigation

KIMBERLY GDULA
Chief, General Litigation Division

/s/ Jason T. Contreras
JASON T. CONTRERAS
Assistant Attorney General
Texas Bar No. 24032093
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 210-270-1109
Fax: 512-320-0667
Email: Jason.Contreras@oag.texas.gov
**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served electronically through the electronic-filing manager, File and Serve Texas, on December 17, 2024 to:

Stephen J. Chapman
Webb Cason & Manning, P.C.
710 N. Mesquite Street
Corpus Christi, TX 78401
steve@wcctxlaw.com;
service@wcctxlaw.com

Brian J. Lawler
Pro Hac Vice
Pilot Law, P.C.
4632 Mt. Gaywas Drive
San Diego, CA 92117
blawler@pilotlawcorp.com
**Counsel for Plaintiff**

/s/ Jason T. Contreras
Jason T. Contreras
Assistant Attorney General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nicole Myette on behalf of Jason Contreras
Bar No. 24032093
nicole.myette@oag.texas.gov
Envelope ID: 95423974
Filing Code Description: Motion
Filing Description: 20241217_Aplnts MET File Reply Brief
Status as of 12/17/2024 4:54 PM CST

Associated Case Party: Leroy Torres

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Stephen Chapman | 24001870 | steve@wcctxlaw.com | 12/17/2024 4:31:55 PM | SENT |
| Brian J.Lawler | | blawler@pilotlawcorp.com | 12/17/2024 4:31:55 PM | SENT |
| Matthew Manning | 24075847 | service@wcctxlaw.com | 12/17/2024 4:31:55 PM | SENT |

Associated Case Party: Texas Department of Public Safety

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jason Contreras | | Jason.contreras@oag.texas.gov | 12/17/2024 4:31:55 PM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 12/17/2024 4:31:55 PM | SENT |